UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST J. FILES, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-01049-CLS-HNJ |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The Magistrate Judge filed a report on October 30, 2019, recommending pursuant to 28 U.S.C. § 1915A(b)(1) that this court dismiss this action without prejudice for the plaintiff's failure to state a claim upon which relief can be granted. Doc. no. 9. The Magistrate Judge further recommended pursuant to 28 U.S.C. § 1367(c)(3) that this court dismiss the plaintiff's state law claims without prejudice. *Id*. Although the Magistrate Judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report, and **ACCEPTS** his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for the plaintiff's failure to state a claim upon which relief can be

granted. The plaintiff's state law claims are due to be dismissed pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this the 21st day of November, 2019.

/s/ Lynwood Smith
United States District Judge