FILED

2023 Apr-25  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST J. FILES, JR.,<br>AIS# 107834 | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | Case No. 2:18-cv-01049-CLS-HNJ |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

The court entered an order on July 26, 2018, directing the warden or chief jailer of the prison or jail housing the plaintiff to deduct funds from the plaintiff's inmate accounts. (Doc. 6).  According to the Clerk of Court, the plaintiff has paid the entire filing fee for this action.  Therefore, the warden or chief jailer is **DIRECTED** to stop withholding money from the plaintiff's inmate accounts for the filing fee in this case.

The warden or chief jailer is **ADVISED** this order applies only to the filing fee in this action and not to any other action the plaintiff may have pending.

If the court has received funds in excess of $350 to pay the filing fee for this action, the Clerk of Court is **DIRECTED** to reimburse the plaintiff for the overpayment.

The Clerk is further **DIRECTED** to serve a copy of this order on the warden

or chief jailer housing the plaintiff and the Departmental Fiscal Manager for the Alabama Department of Corrections.

**DONE** and **ORDERED** this 25th day of April, 2023.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

2